United States District Court
Southern District of Texas
**ENTERED**
March 01, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FIRST CONTINENTAL LIFE ACCIDENT INSURANCE CO., | § § § § | |
| *Plaintiff / Counter-Defendant*, | § § | |
| v. | § § | CIVIL ACTION NO. 4:16-CV-02486 |
| SENIOR DENTAL INSURANCE SOLUTIONS, LLC, | § § § § | |
| *Defendant / Counter-Plaintiff.* | § | |

# FINAL JUDGMENT

Pursuant to the Court's Order of Dismissal, the Court hereby enters Final Judgment.

It is, therefore, ORDERED that all claims and counterclaims between Plaintiff/Counter-Defendant First Continental Life Accident Insurance Co. against Defendant/Counter-Plaintiff Senior Dental Insurance Solutions, LLC are DISMISSED WITH PREJUDICE with each party to bear its own costs and attorneys' fees. All pending motions are DENIED AS MOOT.

The Clerk of the Court is directed to close this case.

SIGNED on March 1, 2022, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge